S90G0656. GEORGIA MESSENGER SERVICE, INC. v. GEORGIA PUBLIC SERVICE COMMISSION et al.

(397 SE2d 709)

PER CURIAM.

After plenary consideration of *Ga. Messenger Service v. Ga. Public Service Comm.*, 194 Ga App. 340 (390 SE2d 283) (1990), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED OCTOBER 19, 1990.

*Ellenberg & Bryan, Richard D. Ellenberg, Leslie J. Bryan*, for appellant.

*Michael J. Bowers, Attorney General, Victoria H. Tobin, Assistant Attorney General, Mitchell & Jones, Bruce E. Mitchell, Jeffrey L. Hersh*, for appellees.